heard by us in open court on June 28, 1979. It quickly became obvious that the petitioner's claim of excessiveness would fail because of his failure to provide us with a transcript showing what transpired when the bail was set. Consequently, the petition is denied.

Our denial is without prejudice to the petitioner's right to return to the Superior Court, where he may seek bail and bring to the court's attention the length of his continued incarceration since arraignment, the extent to which necessary pretrial proceedings have delayed the trial, and any other factors which might be relevant to a determination of reasonable bail. *David L. Martin,* Public Defender, for petitioner. *Dennis J. Roberts II,* Attorney General, for respondent.

M. P. No. 79-189.  JOSEPH RAIMONDO *v.* JOSEPH BEVILACQUA, *Director of Department of Mental Health, Retardation, and Hospitals.* The petition for writ of habeas corpus is denied. Mr. Chief Justice Bevilacqua did not participate. *John F. Cicilline,* for petitioner. *Dennis J. Roberts II,* Attorney General, for respondent.

M. P. No. 79-196.  JOHN H. NORBERG, *Tax Administrator v.* DORIS M. ARMSTRONG. The petition for writ of certiorari is granted. *Dennis J. Roberts II,* Attorney General, *William G. Brody,* Assistant Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for plaintiff-respondent. *Pucci & Goldin, Inc., Samuel A. Olevson,* for defendant-petitioner.

M. P. No. 79-230.  JAMES C. PEMBERTON *v.* JOHN BROWN, *Warden.* The petition for writ of habeas corpus is denied. *Robert A. Shuman,* for petitioner. *Dennis J. Roberts II,* Attorney General, for respondent.

C. A. No. 79-122.  STATE OF RHODE ISLAND *v.* FRANK MARRAPESE. The defendant's motion for bail pending appeal is denied. This case is assigned to the October, 1979 calendar for oral argument.

Mr. Chief Justice Bevilacqua did not participate. *John F. Cicilline,* for petitioner. *Dennis J. Roberts II,* Attorney General, for respondent.